UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID C. JUAREZ,

  Plaintiff,

v.                 Case No. 21-CV-1092

JOHN DOE, *et al.*,

  Defendants.

## ORDER

On January 4, 2023, the court screened *pro se* plaintiff David C. Juarez's complaint and allowed him to proceed against several John Doe corrections officers, on a claim under the Fourteenth Amendment for excessive force. (ECF No. 8.)

On May 11, 2023, Juarez filed a motion identifying the following officers as the Doe defendants: Sergeant Jeremy May, Officer Craig Knecht, Officer Gloria Galvan, Officer Trevor Smith, Officer Pablo Martini, Office Maxine Delalorve, Officer Andrew Abbot, and Officer Jordan Shulski. (ECF No. 43.)

The court will grant Juarez's motions to replace the Doe placeholders. The court will also dismiss Captain Horace Staples, as he was named as a defendant for the limited purpose of identifying the Doe defendants.

**IT IS THEFORE ORDERED** that Juarez's motion to identify the Doe defendants (ECF No. 43) is **GRANTED** and the Doe placeholders be replaced with

sergeant Jeremy May, Officer Craig Knecht, Officer Gloria Galvan, Officer Trevor Smith, Officer Pablo Martini, Office Maxine Delalorve, Officer Andrew Abbot, and Officer Jordan Shulski.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint (ECF No.1) and this order upon defendants Sergeant Jeremy May, Officer Craig Knecht, Officer Gloria Galvan, Officer Trevor Smith, Officer Pablo Martini, Office Maxine Delalorve, Officer Andrew Abbot, and Officer Jordan Shulski. pursuant to Federal Rule of Civil Procedure 4. Juarez is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Juarez information on how to remit payment. The court is not involved in collection of the fee.

**IT IS ALSO ORDERED** that Sergeant Jeremy May, Officer Craig Knecht, Officer Gloria Galvan, Officer Trevor Smith, Officer Pablo Martini, Office Maxine Delalorve, Officer Andrew Abbot, and Officer Jordan Shulski shall file a responsive pleading to the complaint.

**IT IS FURTHER ORDERED** that Captain Horace Staples is **DISMISSED.**

Dated in Milwaukee, Wisconsin this 26th day of May, 2023.

                                          BY THE COURT

*William E. Duffin*

                                          WILLIAM E. DUFFIN
                                          United States Magistrate Judge